IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN,

    Plaintiff,

v.

HO-CHUNK NATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-334-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff State of Wisconsin against defendant Ho-Chunk Nation granting plaintiff's motion for summary judgment.

IT IS FURTHER ORDERED AND ADJUDGED that Ho-Chunk Nation is ENJOINED from offering electronic poker at Ho-Chunk Gaming Madison in the absence of a compact between the parties that permits electronic poker at the Madison facility. The injunction shall take effect 30 days after the conclusion of any appeals filed by Ho-Chunk Nation or 30 days after the expiration of Ho-Chunk Nation's deadline for filing an appeal, whichever is later.

Approved as to form this 12th day of June, 2014.

*Barbara B. Crabb*
Barbara B. Crabb, District Judge

*Peter Oppeneer*                      6/13/14
Peter Oppeneer, Clerk of Court              Date