IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STATE OF WISCONSIN,

                          Plaintiff,

    v.

HO-CHUNK NATION,

                          Defendant.

ORDER

13-cv-334-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      It has come to my attention that the June 12, 2014 order granting plaintiff's motion for summary judgment and denying defendant's motion for summary judgment contains a typographical error. On page 10, in the third sentence of the second full paragraph, the word "state" should be replaced with the word "Nation."

    In all other respects, the order entered on June 12, 2014, remains unchanged.

     Entered this 18th day of June, 2014.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge