UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN,

        Plaintiff,

v.                                                                                        Case No. 13-cv-334-bbc

HO-CHUNK NATION,

        Defendant.

### NOTICE OF APPEAL

    Notice is hereby given that the Ho-Chunk Nation, defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order entered in this action on June 12, 2014, the Judgment entered in this action on June 13, 2014 and the Order correcting the June 12, 2014 Order entered in this action on June 18, 2014 by the Honorable Barbara B. Crabb.

    Dated this 11th day of July, 2014.

| | |
|---|---|
| | s/ *Thomas M. Pyper* |
| | Thomas M. Pyper |
| Sheila Corbine | Cynthia L. Buchko |
| Michael Murphy | Attorneys for Defendant Ho-Chunk Nation |
| HO-CHUNK NATION | WHYTE HIRSCHBOECK DUDEK S.C. |
| PO Box 667 | P.O. Box 1379 |
| Black River Falls, WI 54615 | Madison, Wisconsin 53701-1379 |
| Telephone: 715-284-3170 | Telephone: 608-255-4440 |
| Fax: 715-284-7851 | Fax: 608-258-7138 |
| Sheila.Corbine@ho-chunk.com | Email: tpyper@whdlaw.com |
| Michael.Murphy@ho-chunk.com | Email: cbuchko@whdlaw.com |